FILED
NOV - 8 2013
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> STEVE FULLILOVE, <br><br> Defendant. | Case No.   CR 09-00855-SJO <br><br> ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. . § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the Honorable S. James Otero, United States District Judge, for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

///

///

defendant's lack of bail resources; defendant's background information unverified due to failure to interview; defendant's use of multiple identifiers; defendant's prior failure to appear; and the nature of the charged violations, which indicate that defendant is unlikely to comply with terms of release.

and

B. ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: defendant's criminal history, which includes multiple drug-trafficking convictions; defendant's prior probation violations; and the nature of the charged violations, which indicate that defendant is not likely to comply with terms of release.

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 11/8/2013

DOUGLAS F. McCORMICK
United States Magistrate Judge